UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUCAS<br><br>        Plaintiff(s),<br><br>  v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY<br><br><br>        Defendant(s). | CASE NO:<br>5:14−cv−01185−MMM−SP<br><br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above−entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

Dated: October 10, 2014

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge

−1−